UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL TATER-ALEXANDER,<br><br>          Defendant. | 1:11-cv-0487 OWW SKO<br><br>ORDER GRANTING MOTION TO REMAND THE CASE TO THE FRESNO SUPERIOR COURT |

On March 18, 2011, Plaintiff Fresno Community Hospital and Medical Center filed a Complaint for a Temporary Restraining Order and Preliminary and Permanent Injunctions.  The case was removed to the Federal Court by Defendant Michael Tater-Alexander on March 22, 2011.  On March 28, 2011, plaintiff filed a motion to remand the case to the Fresno Superior Court on the ground that no federal question was involved.  That motion was scheduled to be heard on May 6, 2011, at 9:30 a.m.  Also on March 28, 2011, plaintiff applied for an order shortening time.  That application was not opposed by defendant and the hearing on plaintiff's motion was reset for April 7, 2011, at 10:00 a.m., and heard at that time.

1

1     Carey H. Johnson appeared on behalf of the plaintiff and
2 moving party, Fresno Community Hospital and Medical Center, and
3 Andrew V. Stearns appeared on behalf of the defendant and
4 responding party, Michael Tater-Alexander.
5     The Court having considered the Motion, the documents and
6 records on file with the Court in this case, and the comments of
7 counsel, and good cause appearing therefor, the Court orders and
8 finds as follows:
9     Plaintiff's Motion is granted without prejudice; this case
10 is remanded to the Fresno Superior Court.  The complaint, as
11 pleaded, asserts no federal claim, and does not appear to
12 disguise a federal claim by artful pleading.  The Court finds no
13 basis for jurisdiction over the complaint.  While defendant
14 argued that what occurred in this action might affect the case of
15 Tater-Alexander v. Amerjan, et al., Action No. 1:08-cv-0372 OWW
16 SKO, currently set for trial in this court, both parties agreed
17 that the decisions of the Superior Court will not have any res
18 judicata or collateral estoppel effect in the case of Tater-
19 Alexander v. Amerjan, et al., and there shall be no comment about
20 the pendency of this case before the jury in Tater v. Amerjan.
21     Events which are chronicled in the moving papers herein
22 shall not be referred to before the jury in Tater v. Amerjan
23 unless relevant to the issues in that case.
24
25 IT IS SO ORDERED.
26 Dated:   April 29, 2011              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE
27
28